UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>1315 ORANGE AVE LLC<br><br>　　　　　Defendant. | Case No.:  19cv1991-LAB (JLB)<br><br>**ORDER OF DISMISSAL FOR FAILURE TO SERVE, AND FAILURE TO PROSECUTE** |

　　　The Court ordered Plaintiff Peter Strojnik, Sr. to show cause why this action should not be dismissed for failure to serve and for failure to prosecute.  He was ordered to file a memorandum of points and authorities no later than June 3, 2020, addressing both his apparent failure to serve and his failure to prosecute. He was cautioned that if he failed to show cause within the time permitted, this action would be dismissed.

　　　Although Strojnik filed a proof of service on February 19, the Court has examined it, and found he had not properly served the hotel's owner. He apparently has served either a different entity, or has attempted to serve the right entity but failed to accomplish service.

　　　Strojnik has also not taken steps to prosecute this case. Since amending his complaint on November 8, 2019, Strojnik has filed nothing other than the defective proof of service.

1    Strojnik filed no response to the Court's order to show cause. In connection
2 with the dismissal for failure to prosecute, the Court has considered the factors set
3 forth in *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002). All either weigh
4 in favor of dismissal, or are neutral. *See* also Fed. R. Civ. P. 41(b); Civil Local Rule
5 41.1(a); and *Hells Canyon Preservation Council v. U.S. Forestry Serv.*, 403 F.3d
6 683, 689 (9th Cir. 2005) (holding that district court may dismiss under Rule 41(b)
7 *sua sponte*). Dismissal is also required under Fed. R. Civ. P. 4(m). For these
8 reasons, and for reasons set forth in the Court's order to show cause, this action
9 is **DISMISSED WITHOUT PREJUDICE** both for failure to serve and for failure to
10 prosecute.

**IT IS SO ORDERED**.

Dated:  June 4, 2020

_____
Honorable Larry Alan Burns
Chief United States District Judge